Dismissed and
Memorandum Opinion filed May 3, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00642-CV

____________

 

MYRTIS ALEXANDER, Appellant

 

V.

 

THE METHODIST HOSPITAL, Appellee

 



 

On Appeal from the 55th District Court

Harris County, Texas

Trial Court Cause No. 2009-65215

 

 

 



MEMORANDUM 
OPINION

            This is an appeal from a judgment signed April 5, 2010.  The
clerk’s record was filed July 23, 2010.  No brief was filed.

            On March 17, 2011, this court issued an order stating that
unless appellant submitted a brief, together with a motion reasonably
explaining why the brief was late, on or before April 18, 2011, the court would
dismiss the appeal for want of prosecution.  See Tex. R. App. P. 42.3(b).

Appellant filed no
response.  Accordingly, the appeal is ordered dismissed.

 

                                                                        PER
CURIAM

 

Panel consists of Justices
Anderson, Brown, and Christopher.